IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:01CV283-03-MU

| | |
|---|---|
| TAURICE M. CRISP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| STATE OF NORTH CAROLINA, et., al, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's letter motion to dismiss his Complaint filed May 17, 2011. (Doc. No. 7).

On December 4, 2001, Plaintiff filed a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (Doc. No. 1). By Order dated December 17, 2001, this Court dismissed Plaintiff's Complaint based on the statute of limitations. (Doc. No. 3).

Although Plaintiff states in his motion that his case is on appeal, the Court has reviewed the record in this case and the Fourth Circuit Court of Appeal's record and notes that no appeal was taken to the Fourth Circuit Court of Appeals. In his motion, Plaintiff lists this case and several other cases filed in this Court and other courts and asks that his cases be dismissed.

Given that this Court has already considered and denied Plaintiff's Complaint, the instant motion to dismiss is denied as moot.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss (Doc. No. 7) is DENIED as moot.

1

**SO ORDERED**.

Signed: June 10, 2011

Graham C. Mullen
United States District Judge